JESSE L. BOSKOWITZ, as Administrator of the Estate of IGNATZ BOSKOWITZ, Deceased, Appellant, *v.* JOSEPH H. SULZBACHER, Respondent.

*Boskowitz* v. *Sulzbacher,* 145 App. Div. 918, affirmed.

(Argued April 10, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 3, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by

the court on trial at Special Term in an action for an accounting of partnership transactions.

*Charles A. Collin* and *John B. Stanchfield* for appellant.

*Charles L. Craig* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.